IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICKY E. MELLON                                      PLAINTIFF

v.                         No. 1:16-cv-157-DPM

NANCY A. BERRYHILL, Acting
Commissioner of SSA                          DEFENDANT

## JUDGMENT

Mellon's complaint is dismissed without prejudice.

                                          _D.P. Marshall Jr._
                                          D.P. Marshall Jr.
                                          United States District Judge

                                          26 April 2017